FILED

Before the United Stated District Court
Middle District of Florida
Golden-Collum Memorial Federal Building & US Courthouse
207 N. W. Second Street
Ocala, Florida 34475
(352-369-4860)

2010 AUG 12  AM 11: 10

CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

Chris Walters Aka                        )
Special Defenders                        )
c/o 320 NW 1ˢᵗ Ave                       )
Ocala, Florida 34475                     )
     Plaintiff            )
                        )     Civil Docket #  5:10-CV-384-OC-10 GRJ
                        )
vs.                                      )
                        )
Assistant Secretary-for Legal Affairs    )
Mr. Peter Taksøe-Jensen                  )     US Judge/Magistrate_____
United Nations Headquarters              )
Room No. M-13047                         )
New York, NY 10017                       )
Fax: (+1)(212)963-6430                   )
     Defendant

## COMPLAINT

    NOW COMES THE PLAINTIFF Chris Walters in this Complaint and Amicus Curiae brief before the

Honorable United States District Court, Middle District of Florida to wit:

1.    <u>Jurisdiction</u>:    Title 28 USC 1330 <u>Actions against foreign states</u>.

2.    <u>Cause of Action</u>: The US District Court is asked to consider that the Mcafee Corporation and Marion

County Commissioners have created an unauthorized jonder and implemented a sanction against counsel's papers

where the questions of law have Congressional and Diplomatic Immunity and are closed by instruction of US

Supreme Court and direct ORDER of several US Circuit Court of Appeals.

3.    <u>Relief Sought</u>:    The Plaintiff Prays the Honorable US District Court consider issuing a minor injunction

prohibiting McAfee or the Marion County Commissioners from tampering with counsels papers, harassing counsel,

as a better solution than asking the UN Office of Legal Affairs to issue a Diplomatic Sanction as explained more

fully in the attached Memorandum of Law.

Respectfully Submitted By
Chris Walters, Counsel of Record
320 NW 1ˢᵗ Ave
Ocala, Fl 34475
(352-732-8326) Email: nims2006@gmail.com

Aug 12 2010

Before the United Stated District Court
Middle District of Florida
Golden-Collum Memorial Federal Building & US Courthouse
207 N.W. Second Street
Ocala, Florida 34475
(352-369-4860)

| | | |
|---|---|---|
| Chris Walters aka | ) | |
| Special Defenders | ) | |
| c/o 320 NW 1ˢᵗ Ave | ) | |
| Ocala, Florida 34475 | ) | |
| Plaintiff | ) | |
| | ) | Civil Docket # _5:10-CV-384-OC-106 RJ_ |
| vs. | ) | |
| | ) | |
| Assistant Secretary-for Legal Affairs | ) | |
| Mr. Peter Taksøe-Jensen | ) | US Judge/Magistrate_____ |
| United Nations Headquarters | ) | |
| Room No. M-13047 | ) | |
| New York, NY 10017 | ) | |
| Fax: (+1)(212)963-6430 | ) | |
| Defendant | | |

## MEMORANDUM OF LAW IN SUPPORT OF AMICUS CURIAE BRIEF

NOW COMES THE PLAINTIFF PRO SE Chris Walters before the Honorable United States District

Court, Middle District of Florida in this Memorandum of Law In Support of Amicus Curiae Brief to wit:

### Jurisdictional Statement

1.      Plaintiff's Exhibit C: is Chris Walters resume or more widely known as counsel's papers submitted in

various federal Courts as Exhibit:

2.      Exhibit C:  Chris Walters was given permission to proceed as counsel pro hac or as a "Special Defender" to

the UN High Commission on Human Rights under the 1503 Treaty and as counsel pro hac to Committees of US

Congress from family of legal actions known as Walters v Miller USDC, WDT SA-97-CA1313; 5ᵗʰ US Circuit Court

99-50174 without objection from the Courts, US Supreme Court; or the 11ᵗʰ US Circuit Court of Appeals.

3.      Exhibit C:  Adjudication of the legal issues found in counsel's papers was achieved by the several

Committees of the US Congress who passed several federal statutes based on counsel's legal work.

4.      Exhibit D: Adjudication or completion of legal issues show closure ORDER with prejudice to additional

legal questions by the US Circuit Court of Appeals in 2009.

5.      Parties tampering with counsel's paper and effects have been prosecuted as in US vs. Haldeman, Erlichman,

Dean pursuant to Title 18 USC 242 Deprivation of rights under color of law.

1

Cause of Action

1.    Exhibit A: Plaintiff visited the Marion County on August 10th, 2010 and while attempting to review medical records on his website http://afterdarkportal.net discovered that McAfee Corporation has as seen in Exhibit B website blocked counsels papers stating the website has "malicious reputation".

2.    The Marion County Library states it's services are authorized under color of authority of the Marion County Commissioners.

3.    The Honorable US District Court is asked to consider that the 3rd parties McAfee Corporation and Marion County Commissioners are not currently authorized to litigate with counsel nor attempt to sanction counsel where the legal questions at bar have been closed by letter of instruction of the US Supreme Court (10-2008); in Exhibit D ORDER of the US Circuit Court of Appeals DC; and numerous other courts.

4.    Neither McAfee Corporation nor Marion County Commissioners have any legal standing to vend, dispense, rule upon, nor review any actions cited in counsel's papers which were adjudicated by Act of Congress.

5.    Neither McAfee Corporation nor Marion County Commissioners have any legal standing to approach ad hoc counsel nor the United Nations in legal questions which have already been granted diplomatic immunity under the 1503 Treaty or the UN version of Amicus Curiae.

6.    Instead of asking the UN Office of Legal Affairs to impose a substantial sanction on McAfee Corporation or the Marion County Commissioners the Honorable US District Court is asked to issue a minor injunction to prohibit the 3rd parties from additional stalking, harassment, tampering with, or other wise interfering with counsel's papers or attempting to impose sanctions in legal causes where the 3rd parties have no legal standing.

Discussion on Merits of Amicus Curiae

The scope and purpose of the International 1503 Treaty is to permit counties with human rights issues to resolve the matters internally without undue tampering by United Nations ORGANS.  The Court might agree the persons most likely to be affected by a Diplomatic Sanction would be the taxpayers of the Middle District of Florida who have better things to do with their money than pay exotic legal sanctions.  If the Honorable US District Court is willing to issue a minor injunction to Quash the unlawful jonder and sanction against Chris Walters the Plaintiff would suggest such an ORDER would be delivered to:

2

McAfee Corporation
3965 Freedom Circle
Santa Clara, CA 95054
(408-346-3563)

Marion County Commissioners
601 S.E. 25th Ave
Ocala, Fl 34471
(352-438-2323)

Attempts to create jonders or issue sanctions to counsel of record by 3rd parties without due legal process appear

to violated provisions of Title 18 242 Deprivation of rights under color of law or Title 18 USC 1509 Obstruction

of Court ORDER.

Respectfully Submitted By
Chris Walters, Counsel of Record
320 NW 1st Ave
Ocala, Fl 34475
(352-732-8326)
email: nims2006@gmail.com

Ag 17 2010

Plaintiffs Attached Exhibits

1.    Exhibit A:     Plaintiff's reciept for use of Marion County Computer 8-10-2010

2.    Exhibit B:     Website block by Smart Filter owned by McAfee.

3.    Exhibit C:     Chris Walters Resume/ legal papers

4.    Exhibit D:     ORDER of closure US Circuit Court of Appeals, DC.

Exhibit A

Reservation Receipt

Library Card Number: *******
Number: 4312
Commons 06
08/10/2010
Time: 1:50 PM
Length: 30 minutes
Location:
Computer Commons Room

Reservations are held for 5 minutes.

G Cu B

**mcafee.doc - Powered by Google Docs**

Download (84K)  Print (1 page)  Plain HTML  Edit Online  Save in Google Docs

Google docs

1/1

Search the document.

**SmartFilter**

STOP

You cannot access the following Web address:
http://afterdark.portal.net/

You see:

- (table with columns)

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

*Great C*

## Operational Audits Of Federal Programs

From 1997 onward I was given contracts to operational field audits of federally funded programs:



**US Department of Housing and Urban Development**
441 G St., NW
Washington, DC
20548
(202) 512-3000

The National Survey On Social Services ran from 1986-1997



**Social Security Administration Office of Public Inquiries**
Windsor Park Building
6401 Security Blvd.
Baltimore, MD 21235

Audit of Social Security Disability Process ran from 1997-2009.



**Federal Statute Created Based On Research**

1. Community Service Block Grants sponsored by US Senator Mark O Hatfield & Senator Bob Packwood

2. Welfare Reform Act of 1996 addressed question of law created in USDC Oregon.

3. Amendment Food Stamp Act Sponsored by US Congressman Tony Coelho & Congressman Leon Panetta.

**US Department of Housing and Urban Development**
441 G St., NW
Washington, DC
20548
(202) 512-3000

Model Homeless shelter technology

---



**Volunteer At Public Library**
**Winston Salem, NC 27101**

## Chris Walters I Choose To Serve Volunteer Website Site

Hello there my name is Chris Walters and wanted to welcome you to my website. Sometimes in life we are have periods where excellent employment is not possible and we are given the honor and priviledge to lead a life in service to others.



---

**Infrastructure Protection Program**

This link reviews ongoing research in areas of research related to "Homeland Security" for instance "Spyware Act of 2005 and other other reports listed below:



**911 Research Protocol**

Emergency Management structures in Washington State 2008 and Florida in 2005



**Department Homeland Security**
Washington, D.C. 20528
202-282-8000

Reciepts from Senate Committee for profile reports on organized criminal activities and terrorist activies or Anthrax Salesman

Chris Walters Email Article Winston Salem Journal Mayberry Gazette-Humor



**Subatomic Physics**

Bibliography in subatomic physics and nuclear doctrine



**US House Committee On Judiciary**
2138 Rayburn House Office Building
Washington, DC 20515
p/202-225-3951

Congressional & Diplomatic Immunity the contents of this website have been granted both Congressional & Diplomatic Immunity via Court ORDER and no 3rd party can ask questions concerning the contents.

Hit counter from website-hit-counters.com website.

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 09-5206                                   September Term 2008



1:09-cv-00956-UNA

Chris Walters,

Appellant

v.

Michael J. Astrue and Social Security Administration,

Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    AUG   6 2009

CLERK

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

BEFORE:    Sentelle, Chief Judge, and Tatel and Garland, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court's order filed May 21, 2009, dismissing appellant's complaint for lack of subject matter jurisdiction, be affirmed. Because appellant does not allege an actual, ongoing controversy, the district court properly dismissed his complaint. See Honig v. Doe, 484 U.S. 305, 317 (1988).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

JS 44  (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Chris Walters, aka Special Defender

## DEFENDANTS

Mr. Peter Taksoe-Jensen
UN Office Legal Affairs

(b) County of Residence of First Listed Plaintiff **Marion**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Chris Walters
320 NW 1st Ave
Ocala, Fl 34475 (352-732-8326)

Attorneys (If Known)

Mr. Peter Taksoe-Jensen
UN Office Legal Affairs, UN HQ Room M-13047
New York, New York 10017

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | Med. Malpractice | [ ] 625 Drug Related Seizure | [ ] 423 Withdrawal | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | Liability | [ ] 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | Product Liability | [ ] 630 Liquor Laws | | [ ] 460 Deportation |
| & Enforcement of Judgment | Slander | [ ] 368 Asbestos Personal | [ ] 640 R.R. & Truck | **PROPERTY RIGHTS** | [ ] 470 Racketeer Influenced and |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Injury Product | [ ] 650 Airline Regs. | | Corrupt Organizations |
| [ ] 152 Recovery of Defaulted | Liability | Liability | [ ] 660 Occupational | [ ] 820 Copyrights | [ ] 810 Selective Service |
| Student Loans | [ ] 340 Marine | **PERSONAL PROPERTY** | Safety/Health | [ ] 830 Patent | [ ] 850 Securities/Commodities/ |
| (Excl. Veterans) | [ ] 345 Marine Product | [ ] 370 Other Fraud | [ ] 690 Other | [ ] 840 Trademark | Exchange |
| [ ] 153 Recovery of Overpayment | Liability | [ ] 371 Truth in Lending | | | [ ] 875 Customer Challenge |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | Property Damage | [ ] 710 Fair Labor Standards | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 190 Other Contract | Product Liability | [ ] 385 Property Damage | Act | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| | | | | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt.Reporting | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate | & Disclosure Act | | [ ] 900 Appeal of Fee |
| [ ] 220 Foreclosure | [ ] 442 Employment | Sentence | [ ] 740 Railway Labor Act | **FEDERAL TAX SUITS** | Determination |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ | Habeas Corpus: | | | Under Equal Access to |
| [ ] 240 Torts to Land | Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff | Justice |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty | | or Defendant) | [ ] 950 Constitutionality of |
| [ ] 290 All Other Real Property | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. | | State Statutes |
| | | [ ] 550 Civil Rights | Security Act | [ ] 871 IRS—Third Party | [x] 890 Other Statutory Actions |
| | | [ ] 555 Prison Condition | | 26 USC 7609 | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Title 28 USC 1330: Do 3rd parties have right to jonder and sanction counsel before UNHCHR and Congress?

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION DEMAND UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE Chief Circuit Judge Sentelle
DOCKET NUMBER
USCADC 1:09:cv:00956 UNA

DATE August 12th, 2010

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____